NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND A. ATUGUBA,                       )
                                          )
        Petitioner,                   )
                                          )
v.                                        )    Case No. 2D18-3782
                                          )
STATE OF FLORIDA,                         )
                                          )
        Respondent.                   )
_____)

Opinion filed April 10, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
Martha J. Cook, Judge.

Raymond A. Atuguba, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Respondent.


PER CURIAM.

        Denied.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.